**Order entered March 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00720-CR

**RAYMOND EDWARDS III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-53451-W**

## ORDER

The Court **ORDERS** court reporter Debi Harris to file, within **TEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 2, a DVD.

We note that this case involves a conviction for aggravated sexual assault of a child. Appellant's brief identifies the child by her full name. Accordingly, we **STRIKE** appellant's brief and order it redrawn to use only the child's initials. We **ORDER** appellant to file his amended brief within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to court reporter Debi Harris, and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE